IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRANCE TARONE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:25-CV-2997-G-BT |
| DALLAS COUNTY COURTS, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned Senior District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. The plaintiff's motion for leave to proceed *in forma pauperis* (docket entry 4) is **DENIED**. The plaintiff is **ORDERED** to either pay the $405.00 filing fee or submit a complete *in forma pauperis* application showing their entitlement to proceed *in forma pauperis*

---

[*] No objections were filed.

within **30 days** of this order or their case will be dismissed under Federal Rule of

Civil Procedure 41(b).

    **SO ORDERED**.

December 9, 2025.

                                            */s/ A. Joe Fish*
                                            **A. JOE FISH**
                                            **Senior United States District Judge**